UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**BRUCE L. HILL,**

    **Plaintiff,**

v.                                      Civil Action No. 3:23-cv-00140-REP

**EQUIFAX INFORMATION SERVICES, INC.,** *et al.,*

    **Defendants.**

## ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Consent Motion for an Extension of Time (ECF No. 15) to file responsive pleadings to the Complaint filed by Plaintiff, Bruce L. Hill,

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff, Bruce L. Hill and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Consent Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Defendant, Experian Information Solutions, Inc., shall be GRANTED an extension of time until on or before April 28, 2023, to file its responsive pleadings, including its Answer, to the Complaint filed by Bruce L. Hill.

The Clerk is directed to send a copy of this Order to counsel of record.

Dated: March 22, 2023                             /s/                 /REP/
                                                                       Hon. Robert E. Payne
                                                                       Senior United States District Court Judge