IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRUCE L. HILL,

    Plaintiff,

v.                                    Civil Action No. 3:23cv140

EQUIFAX INFORMATION
SERVICES, INC., et al.,

    Defendants.

### ORDER

Having considered DEFENDANT VERIZON NEW JERSEY INC.'S (erroneously sued as "VERIZON COMMUNICATIONS, INC.") CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF No. 18), and there being no objection by the plaintiff, it is hereby ORDERED that the Motion (ECF No. 18) is granted with modification.  It is further ORDERED that the defendant, Verizon, shall file its Answer and any other motions with respect to the Complaint by May 12, 2023.

It is so ORDERED.

                                    /s/ REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: April 18 , 2023